UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN S. PENROD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 07-cv-02-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner John S. Penrod's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner John S. Penrod, and that this case is dismissed with prejudice.

DATED: December 12, 2007      NORBERT JAWORSKI

    **s/Vicki McGuire**
    **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**